THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES WOODIN, Defendant-Appellant.

(No. 59992; )

First District (3rd Division)—October 17, 1974.

PER CURIAM.

James J. Doherty, Public Defender, of Chicago (Terrence McQuigg and Matthew J. Beemsterboer, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago, for the People.